**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:09CV472-3-R**
**(1:06CR251)**

| | | |
|---|---|---|
| **ROBERT DEON HUNTER, JR.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before this Court upon Petitioner's Motion to Vacate, Set Aside, or Correct Sentence [Doc. 1], and Respondent's Answer to Petitioner's Motion to Vacate and Motion for Summary Judgment, [Doc. 9], filed on April 1, 2010.

The Respondent's filing raises the issue of whether the Respondent may be entitled to summary judgment as a matter of law. The Petitioner is, therefore, advised that under the provisions of Rule 56(e) of the Federal Rules of Civil Procedure, he is required to submit documents, affidavits, or unsworn declarations made under penalty of perjury, in opposition to the Motion for Summary Judgment and supporting documents filed by the Respondent.

1

Rule 56(e)(2) of the Federal Rules of Civil Procedure reads, in pertinent part, as follows:

> When a motion for summary judgment is properly made and supported [by affidavits], an opposing party may not rely merely on allegations or denials in its own pleadings; rather, its response must – by affidavits or as otherwise provided in this rule – set out specific facts showing a genuine issue for trial. If the opposing party does not so respond, summary judgment should, if appropriate, be entered against that party.

This rule requires that if the Petitioner has any evidence to offer to counter the evidence contained in the Motion for Summary Judgment and supporting documents filed by the Respondent, he must present it to the Court in the form of documents, affidavits, or unsworn declarations under penalty of perjury. An affidavit is a written statement made under oath; that is, a statement prepared in writing by the Petitioner and sworn before a Notary Public. If the Petitioner chooses, he may instead submit an unsworn declaration and state the following with the date and his signature:

> "I declare under penalty of perjury that the foregoing is true and correct."

**PETITIONER HUNTER READ THIS:**

The Petitioner is further hereby advised that he has thirty (30) days from the filing of this Order in which to file documents, affidavits, or unsworn

declarations in opposition to the state's Motion for Summary Judgment. **FAILURE TO RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT THIS ACTION TO SUMMARY JUDGMENT, WHICH MEANS THAT JUDGMENT MAY BE ENTERED AGAINST YOU AND YOUR ACTION DISMISSED IF YOU FAIL TO RESPOND**.

**IT IS, THEREFORE, ORDERED** that the Petitioner has thirty (30) days from the entry of this Order in which to provide his own documents, affidavits, or declarations countering the evidence offered by the Government's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Signed: April 13, 2010

Martin Reidinger
United States District Judge