# United States District Court
# For The Western District of North Carolina
# Asheville Division

Robert Deon Hunter, Jr.,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                1:09cv472

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/6/10 Order.

                                                        FRANK G. JOHNS, CLERK

July 6, 2010

                                                BY: S/Sharon Wilson
                                                       Sharon Wilson, Deputy Clerk